# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**In re:**
**ANNEDA SHEPHERD,**    )
                       )
    **Debtor.**    )

---

**ANNEDA SHEPHERD,**    )
                       )
    **Appellant,**    )
                       )
**v.**    )    **Nos. 3:07-cv-170 and 3:07-cv-171**
          )    **(Phillips)**
          )
**EMC MORTGAGE CORPORATION,**    )
                                )
    **Appellee.**    )

## JUDGMENT ON DECISION BY THE COURT

The case came before the court on debtor Anneda Shepherd's appeal from two Orders of the Honorable Richard Stair, Jr., United States Bankruptcy Judge. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the appeal,

**IT IS ORDERED AND ADJUDGED** that the Order of November 3, 2006 is **REVERSED** and the Order of January 23, 2007 **VACATED**, whereby this action is **REMANDED** to Judge Stair for further proceedings consistent with the Memorandum Opinion filed with concurrently with this Judgment.

**IT IS SO ORDERED**.

        **ENTER:**

                          s/ Patricia L. McNutt
                             Clerk of Court